# EXHIBIT THREE

EXHIBIT THREE



## ADDITIONAL INSURED
(Premises Leased To The Named Insured)
Applicable Under Section II

| Named Insured | |
|---|---|
| SHAPIRO BROTHERS INVESTMENT CORP. | |
| Effective 7-1-81 | Policy No. DLP DO 52 22 24 2 |
| Issued by (Name of Insurance Company) PEI | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

Under the SPECIAL CONDITIONS Applicable To Section II, the "Persons Insured" condition is amended to include as an Insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance, or use of that part of the premises designated below leased to the Named Insured, and subject to the following additional exclusions:

The insurance does not apply:

1. To any occurrence which takes place after the Named Insured ceases to be a tenant in said premises;
2. To structural alterations, new construction, or demolition operations performed by or on behalf of the person or organization designated below;
3. To liability assumed by said person or organization under any contract or agreement.

| Designation Of Premises (Part Leased To Named Insured) | Name Of Person Or Organization (Additional Insured) |
|---|---|
| 3659 So. Maryland Pkwy.<br>Las Vegas, NV | Maryland Square Shopping Center<br>3661 So. Maryland Pkwy.<br>Las Vegas, NV  89101 |

Authorized Agent

Endorsement No.

K-1522  Ptd. in U.S.A.