Amy K. Thomas, Nevada State Bar No. 9276
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:      (415) 982-9390
Facsimile:       (415) 982-4328
Email: athomas@wolkincurran.com

Counsel for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY


Springel & Fink, LLP
2475 Village View Drive, Suite 250
Henderson, NV  89074
Designated Only For Purposes of Nevada Service (LR IA 10-1(b))

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE HERMAN KISHNER TRUST; IRWIN KISHNER, AS TRUSTEE FOR THE HERMAN KISHNER TRUST; JERRY ENGEL, AS TRUSTEE FOR THE HERMAN KISHNER TRUST; BANK OF AMERICA, AS TRUSTEE FOR THE HERMAN KISHNER TRUST; MARYLAND SQUARE SHOPPING CENTER, LLC; MARYLAND SQUARE, LLC; HERMAN KISHNER DBA MARYLAND SQUARE SHOPPING CENTER; and, DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:10-cv-00897-JCM-PAL<br><br>*AMENDED* ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ACCOMPLISH SERVICE OF PROCESS ON DEFENDANT MARYLAND SQUARE, LLC, VIA PUBLICATION |

## *AMENDED* ORDER

Having considered Plaintiff's motion for leave to accomplish service of process on Defendant Maryland Square, LLC, via publication, the Court finds that the motion is meritorious and may be granted pursuant to N. R. Civ. Proc. 4, and corresponding Nevada state law governing service of process.  Service of process on the specified defendant may be accomplished by way of publication. This Court designates the following newspaper, published in Nevada, for purposes of service on the

1

specified defendant: The Las Vegas Review-Journal. The service of process by publication in that newspaper shall be made once per week, for a period of 4 consecutive weeks.

Plaintiff's counsel is further required to send a copy of this Order, as executed by the Court, via certified U.S. Mail (with return-receipt requested) to the specified defendant's last known designated service agent in Nevada, and its last known managing officer.

Plaintiff's counsel shall thereafter submit to this Court a declaration of service including copies of the pertinent newspaper publications, and the above-described correspondence.

**IT IS SO ORDERED.**

Date: October 5, 2010

JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ACCOMPLISH SERVICE OF PROCESS VIA PUBLICATION    CASE NO. 2:10-CV-00897-JCM-PAL

## DECLARATION OF SERVICE

1  I, Angela Lee Rojas, declare as follows:

2  I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On 23 September 2010, I served the attached document, **[PROPOSED]** *AMENDED* **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ACCOMPLISH SERVICE OF PROCESS ON DEFENDANT MARYLAND SQUARE, LLC, VIA PUBLICATION**, on the below named parties:

| | |
|---|---|
| Steven J. Parsons<br>LAW OFFICES OF STEVEN J. PARSONS<br>7201 W. Lake Mead Blvd., Ste. 108<br>Las Vegas, NV 89128-8354<br>T: (702) 384-9900<br>F: (702) 384-5900<br>Steve@SJPlawyer.com<br><br>Robert G. Russell, Jr.<br>Scott R. Omohundro<br>PROCOPIO, CORY, HARGREAVES &<br>SAVITCH LLP<br>525 B St., Ste. 2200<br>San Diego, CA 92101-4401<br>T: (619) 238.1900<br>F: (619) 235.0398<br>Bob.Russell@procopio.com<br>Scott.Omohundro@procopio.com | Counsel for defendants<br>THE HERMAN KISHNER<br>TRUST; IRWIN KISHNER, as<br>trustee for The Herman Kishner<br>Trust; JERRY ENGEL, as trustee<br>for The Herman Kishner Trust;<br>BANK OF AMERICA, NA, as<br>trustee for The Herman Kishner<br>Trust; and MARYLAND<br>SQUARE SHOPPING CENTER,<br>LLC |

and served the named document in the manner(s) indicated below:

x  **BY ELECTRONIC FILING AND SERVICE:** I electronically filed the above listed document(s) with Clerk of the Court for the United States District Court by using the Court's CM/ECF system. Participants in the case who are registered users will be served via the Court's CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made. Executed 23 September 2010, at San Francisco, California.

ANGELA LEE ROJAS

---

DECLARATION OF SERVICE      1.      CASE NO. 2:10-CV-00897 JCM PAL