Steven J. Parsons, Esq.
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
Telephone: 702.384.9900
Facsimile: 702.384.5900
Steve@SJPlawyer.com

Robert G. Russell, Esq.
Nevada Bar No. 5475
Scott R. Omohundro, Esq.
Nevada Bar No. 7472
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
525 B Street, Suite 2200
San Diego, California  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
Bob.Russell@procopio.com
Scott.Omohundro@procopio.com

Attorneys for Defendants, The Herman Kishner Trust, Irwin Kishner, as Trustee for the Herman Kishner Trust, Jerry Engel, as Trustee for the Herman Kishner Trust, Bank of America, as Trustee for the Herman Kishner Trust, and Maryland Square Shopping Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **PACIFIC EMPLOYERS INSURANCE COMPANY**, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>**THE HERMAN KISHNER TRUST; IRWIN KISHNER**, as Trustee for the Herman Kishner Trust; **JERRY ENGEL**, as Trustee for the Herman Kishner Trust; **BANK OF AMERICA**, as Trustee for the Herman Kishner Trust; **MARYLAND SQUARE SHOPPING CENTER, LLC; MARYLAND SQUARE, LLC; HERMAN KISHNER** dba Maryland Square Shopping Center; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-897-JCM-(PAL)<br><br>**NOTICE OF LODGMENT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY THE ACTION** |

Defendants The Herman Kishner Trust, Irwin Kishner, as Trustee for the Herman Kishner Trust, Jerry Engel, as Trustee for the Herman Kishner Trust, Bank of America, as Trustee for the Herman Kishner Trust, and Maryland Square Shopping Center, LLC respectfully lodge the following documents in support of their Motion to Dismiss, Or In The Alternative, To Stay The Action:

1. Exhibit A: Third Amended Complaint filed on July 20, 2010 in the District Court, Clark County, Nevada entitled *Peter J. Voggenthaler, et al v. Al Phillips The Cleaner, Inc., et al,* Case No. A553784.

2. Exhibit B: Complaint filed on November 19, 2008 in the United States District Court, District of Nevada entitled *Peter J. Voggenthaler, et al v. Maryland Square LLC, et al,* Case No. 2:08cv01618.

3. Exhibit C: Complaint filed on May 4, 2009 in the United States District Court, District of Nevada entitled *State of Nevada, Department of Conservation and Natural Resources, Division of Environmental Protection, Bureau of Corrective Actions v. Maryland Square Shopping Center, LLC, et al,* Case No. 3:09cv00231.

DATED:   October 19, 2010          LAW OFFICES OF STEVEN J. PARSONS

*/s/ Steven J. Parsons*
Steven J. Parsons, Esq.
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS

Robert G. Russell, Jr.
Nevada Bar No. 5475
Scott R. Omohundro
Nevada Bar No. 7472

Attorneys for Defendants, The Herman Kishner Trust, Irwin Kishner, as Trustee for the Herman Kishner Trust, Jerry Engel, as Trustee for the Herman Kishner Trust, Bank of America, as Trustee for the Herman Kishner Trust, and Maryland Square Shopping Center, LLC